MURGUIA, Circuit Judge,
dissenting:
I respectfully dissent. While I agree that the district court erred in granting Hill’s motion to suppress based on the *519 officers’ false testimony and act of ordering Hill out of the car, I do not agree that the record in this case clearly demonstrates that Hill’s stop was unreasonable. See United States v. Willis, 431 F.3d 709, 714-15 (9th Cir.2005). Because the district court’s focus was on the events subsequent to the stop, rather than the stop itself, I would vacate the district court’s order and remand for any further factual development, and for the district court to determine in the first instance the legality of the stop, including whether .the stop was unreasonable under United States n Grigg, 498 F.3d 1070 (9th Cir.2007).